IN THE SUPREME COURT OF THE STATE OF DELAWARE

| | | |
|---|---|---|
| KAREN HUGO, | § | |
| | § | |
| Plaintiff Below, | § | No. 485, 2025 |
| Appellant, | § | |
| | § | Court Below–Superior Court |
| v. | § | of the State of Delaware |
| | § | |
| WAWA STORE #801, et al., | § | C.A. No. N23C-07-006 |
| | § | |
| Defendants Below, | § | |
| Appellees. | § | |

Submitted: July 14, 2026
Decided: July 30, 2026

## ORDER

On April 9, 2026, the Chief Deputy Clerk sent a notice of brief delinquency to the appellant, Karen Hugo, because she had not filed her opening brief by the April 1, 2026 deadline set by the Court. On May 7, the Chief Deputy Clerk issued a notice, sent by certified mail, to Hugo directing her to show cause why this appeal should not be dismissed for her failure to file an opening brief. The notice to show cause was returned to the Court as unclaimed and unable to be forwarded. On June 29, the Chief Deputy Clerk, who had spoken with Hugo, sent the notice via first-class mail to Hugo's updated address. A timely response to the notice was due on or before July 13. To date, Hugo has neither responded to the notice to show cause nor filed an opening brief. Dismissal of this appeal is therefore deemed to be unopposed.

NOW, THEREFORE, IT IS ORDERED that this appeal be DISMISSED under Supreme Court Rules 3(b)(2) and 29(b).

BY THE COURT:

*/s/ Collins J. Seitz, Jr.*
Chief Justice